[No. 21950-0-III.  Division Three.  January 15, 2004.]

ANDREA C. EHLEN, *Appellant*, v. DANIEL BURT,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-2-03904-3, Maryann C. Moreno, J. Pro Tem., entered March 20, 2003. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 21564-4-III.  Division Three.  January 20, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. FRISCO SAN JUAN
AYALA, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-00261-8, Ellen K. Clark, J., entered October 24, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kato, J.

[No. 21858-9-III.  Division Three.  January 20, 2004.]

*In the Matter of the Marriage of* STEVE BRUCE GROSECLOSE,
*Appellant*, and TAMMIE GROSECLOSE, *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 02-3-00376-0, Ted W. Small, J., entered January 31, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney and Schultheis, JJ.

[No. 49850-9-I.  Division One.  January 20, 2004.]

ALPENTAL COMMUNITY CLUB, INC., ET AL., *Respondents*, v.
SEATTLE GYMNASTICS SOCIETY, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-05774-1, J. Kathleen Learned, J., entered December 17, 2001. *Reversed* by unpublished opinion per Cox, A.C.J., concurred in by Grosse and Kennedy, JJ. Now published at 121 Wn. App. 491.